UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 7:11-CR-105-5F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DESIREE CHAMP TATE | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for sentencing during the June 2012 term of court, in Wilmington. The case is hereby CONTINUED to __the 9/4/2012 term__ in __Wilmington__, North Carolina.

This __20th__ day of __April__ 2012.

*James C. Fox*
James C. Fox
Senior U.S. District Judge