UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-105-5-F(1)

| | |
|---|---|
| UNITED STATES | ) |
| | ) ORDER |
| VS. | ) |
| | ) |
| DESIREE CHAMP TATE | ) |

THIS MATTER COMING before the Court on the Defendants' motion to seal the motion to continue sentencing, the Court finds that good cause exists to allow the motion, and therefore, the Defendants' motion is ALLOWED.

SO ORDERED.

This 22nd day of August, 2012.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE