UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-105-5F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DESIREE CHAMP TATE, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal Proposed Sealed Document [DE-205]. Defendant proposes to seal the document at Docket Entry [DE-204]. For good cause shown, the Motion to Seal [DE-205] is ALLOWED and the Clerk of Court is DIRECTED to maintain Docket Entry [DE-204] under seal.

SO ORDERED.

This the 29th day of January 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge